ALISON PENNINGTON, CSB #231861
Centro Legal de la Raza
3400 East 12th Street
Oakland, CA 94601
Tel.: 510.679.1608
Fax: 510.427.9164
apennington@centrolegal.org

Counsel for Ms. Garcia-Ambrocio, Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARCIA-AMBROCIO, Norma, )<br>)<br>)<br>        Petitioner, )<br>)<br>        vs. )<br>)<br>KIRSTJEN M. NIELSEN, Secretary of the )<br>United States Department of Homeland )<br>Security; JEFFERSON B. SESSIONS, III, )<br>Attorney General of the United States; )<br>DAVID W. JENNINGS, San Francisco Field )<br>Office Director, Office of Detention and )<br>Removal Operations, U.S. Immigration and )<br>Customs Enforcement; DAVID O. )<br>LIVINGSTON, Sheriff of Contra Costa )<br>Sheriff's Department and West County )<br>Detention Facility, )<br>)<br>        Respondents. )<br>_____ ) | CASE NO.: 4:17-cv-07087-KAW<br><br><br>**STIPULATION; [PROPOSED]**<br>**ORDER** AS MODIFIED |

On February 26, 2018, Petitioner had a new bond hearing and an immigration judge ordered Petitioner's release upon payment of a $2,500 bond and ordered ICE to consider her for the Intensive Supervision and Appearance Program (ISAP), a movement restriction and electronic monitoring program. That same day, Petitioner's family paid the bond and Petitioner was released from detention. ICE has reserved appeal of the immigration judge's decision and has until March 28, 2018, to file an appeal to the Board of Immigration Appeals of the immigration judge's decision granting bond.

After consultation between the Parties, subject to the court's approval, Petitioner and Federal Respondents Kirstjen Nielsen, Jefferson B. Sessions III, and David W. Jennings, through their undersigned counsel of record, HEREBY STIPULATE to the following:

1. Non-federal Respondent David Livingston filed a statement of non-opposition to the Petition on January 26, 2018.

2. On February 26, 2018, the immigration judge granted the Petitioner a $2,500 bond. The Federal Respondents agree not to seek further review of the immigration judge's February 26, 2018 order. ICE has determined it will not appeal the immigration judge's February 26, 2018 order, and the immigration judge's order shall become final when the appeal period expires on March 28, 2018."

3. In exchange for ICE's aforementioned agreement, Petitioner voluntarily withdraws the instant habeas petition.

4. The parties agree that the dismissal of Petitioner's habeas petition is without prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Date: March 27, 2018 _____/s/_____ _ ___

ALISON PENNINGTON

CENTRO LEGAL DE LA RAZA

Attorney for Petitioner

Date: March 27, 2018 _____/s/_____

DAVID PEREDA

Assistant United States Attorney

Attorney for Federal Respondents

**[PROPOSED] ORDER** AS MODIFIED

and dismissed

    Pursuant to the stipulation, Petitioner's habeas petition is ordered withdrawn/without prejudice.

Date:  3/28/18

*Kandis Westmore*

KANDIS A. WESTMORE

United States Magistrate Judge